## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Jose B. Rivera, et al.
                                         Plaintiff,

v.                                              Case No.: 1:15−cv−10692
                                                                 Honorable William T. Hart

Manfredini Landscaping Company, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 18, 2016:

      MINUTE entry before the Honorable William T. Hart:Status hearing held on 2/18/2016. Court approves the settlement. This case is dismissed without prejudice with leave to reinstate by or on March14, 2016, at which time the dismissal will be with prejudice.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.