IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE RIVERA and VICTOR VARELA, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 15 CV 10692 |
| vs. | ) ) | |
| MANFREDINI LANDSCAPING COMPANY, d/b/a MANFREDINI LANDSCAPING & DESIGN, also d/b/a MANFREDINI LANDSCAPING AND DESIGN CO., and ENRICO MANFREDINI, Individually, | ) ) ) ) ) ) ) | Judge William T. Hart |
| Defendants. | ) ) | |

**STATEMENT OF SATISFACTION OF JUDGMENT**

In accordance with Local Rule 58.1(1)(C), Counsel for Plaintiff, Victor Varela, hereby acknowledges and stipulates that the judgment entered against Defendants, Manfredini Landscaping Company and Enrico Manfredini, via Plaintiff Varela's acceptance of Defendants' Rule 68 Offer of Judgment (Doc #8), is hereby satisfied in full.

Dated: March 1, 2016                    Respectfully Submitted,


*s/ Meghan A. VanLeuwen*
Meghan A. VanLeuwen
Attorney for Plaintiff Victor Varela
Farmworker & Landscaper Advocacy Project
33 N. LaSalle Street, Suite 900
Chicago, Illinois 60602

CERTIFICATE OF SERVICE

      I, the undersigned, state that I served the foregoing Statement of Satisfaction of Judgment, upon the persons named below, via the Federal Clerk's Electronic Filing Delivery System, at or before the hour of 12:00 a.m. on March 1, 2016.

                                        *s/ Meghan A. VanLeuwen*

**Paul D. Geiger**
**Ronald C. Dahms**
**Law Offices of Paul D. Geiger**
**540 West Frontage Road, Suite 3020**
**Northfield, Illinois 60093**
**pauldgeiger@gmail.com**
**rdahmslaw@yahoo.com**